UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JORGE O. ALMADA NAGY;
WOODEX,

       Plaintiffs and Counter-Defendants,

v.

RETAIL CAPITAL LLC dba Credibly;
CREDIBLY OF ARIZONA LLC,

       Defendants and Counterclaimants.

Case No.:  23cv537-LL-BLM

**ORDER ENTERING APPLICATION FOR ENTRY OF DEFAULT**

**[ECF No. 58]**

Pending before the Court is Defendants and Counterclaimants Retail Capital LLC's Application for Entry of Default against Jorge O. Almada Nagy and Woodex and the declaration in support thereof from Steven Soloway. ECF No. 58. Upon review of the Application for Entry of Default and the supporting declaration, the Court hereby enters default against Plaintiffs and Counter-Defendants Nagy and Woodex.

The Court has already cautioned Plaintiffs that Plaintiff Woodex cannot proceed without counsel. ECF Nos. 52, 53. The Civil Local Rules provide that "[o]nly natural persons representing their individual interests in propria persona may appear in court without representation by an attorney . . . . All other parties, including corporations, partnerships, and other legal entities, may appear in court only through an attorney permitted to practice pursuant to Civil Local Rule 83.3." Civ.L.R. 83.3.j. To date in this case, the Court has directed and given Plaintiff Woodex multiple warnings and an opportunity to obtain new counsel, which Plaintiff Woodex has failed to do. *See* Docket.

The Court has also cautioned Plaintiffs Woodex and Nagy that failure to comply with its Orders may result in dismissal of this action and/or default judgment. ECF Nos. 52, 53; *see also Crandall v. Semillon Inc*., No. 15cv1257-GPC (NLS), 2016 WL 4479397, at *2 (S.D. Cal. Aug. 25, 2016) ("When a corporation fails to retain counsel to represent it in an action, its answer may be stricken and a default judgment entered against it."); Fed. R. Civ. P. 55(a). Thus, the Answer filed on behalf of Plaintiffs Woodex and Nagy (ECF No 34) in this case does not comply with the rules; the Clerk of Court is therefore **DIRECTED** to strike it from the docket without prejudice as noncompliant. *See* Civ.L.R. 83.3.j. Plaintiffs and Counter-Defendants Nagy and Woodex have failed to obtain counsel and have failed to comply with the Court's Orders in this case. *See, e.g*., ECF No. 54.[1]

To the extent that Defendants and Counterclaimants Retail Capital LLC intend to file a Motion for Default Judgment, the Court **ORDERS** them to do so specifying and supporting the relief requested on or before **April 22, 2026**. Failure to do so may result in a waiver of Defendants and Counterclaimants' claims.

**IT IS SO ORDERED.**

Dated:  March 27, 2026

_____
Honorable Linda Lopez
United States District Judge

---

[1] The Court has already dismissed without prejudice Plaintiff and Counter-Defendants' claims brought in the Second Operative Complaint in their entirety. ECF No. 54.

23cv537-LL-BLM