# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Jorge O. Almada Nagy; Woodex, a California corporation

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 23-cv-0537-LL-JAC

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The court DISMISSES this case. This case is hereby closed.

**Date:** 9/15/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 23-cv-0537-LL-JAC

Defendants:
Retail Capital LLC, a New York lmited liability company doing business as Credibly; Credibly of Arizona LLC, an Arizona limited liability company

Counter Claimant:
Credibly of Arizona LLC, an Arizona limited liability company

Counter Defendants:
Credibly of Arizona LLC, an Arizona limited liability company; Retail Capital LLC, a New York lmited liability company

Counter Claimant:
Retail Capital LLC, a New York lmited liability company

Counter Defendants:
Jorge O. Almada Nagy; Woodex, a California corporation